No. 525. GODBERSEN *v.* UNITED STATES. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Gilbert Lorenz Godbersen, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 661. PERLEY *v.* ROBERTS ET AL. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied.

No. 685. WALLING, ADMINISTRATOR, *v.* BLOCK. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for petitioner. *Messrs. Cassius E. Gates* and *Edward G. Dobrin* for respondent.

No. 690. KAPLAN ET AL., CO-PARTNERS, *v.* NATIONAL LABOR RELATIONS BOARD. March 27, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herbert L. Wasserman* for petitioners. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

Nos. 691 and 692. PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES AND GRANTING ANNUITIES, TRUSTEE, *v.* UNITED STATES. March 27, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Walter Biddle Saul* for petitioner. *Solicitor General Fahy, Assistant Attorney General Sam-*